# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANABEL KHACHI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANDREW SAUL, Acting Commissioner of Social Security,<br><br>　　　　　Defendants. | Case No. 1:19-cv-00257-EPG<br><br>ORDER EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT/REMAND<br><br>(ECF NO. 15) |

Pursuant to the stipulation of the parties for a requested first extension of Plaintiff's time to file a Motion for Summary Judgment/Remand, the request is hereby APPROVED.

IT IS ORDERED that Plaintiff shall file her Motion for Summary Judgment/Remand on or before November 19, 2019. All remaining deadlines in the current Scheduling Order (ECF No. 5.) are extended accordingly.

IT IS SO ORDERED.

　　Dated: **October 16, 2019**　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1