UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANABEL KHACHI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANDREW SAUL, Commissioner of Social Security<br><br>　　　　　Defendant. | Case No. 1:19-cv-00257-EPG<br><br>ORDER APPROVING JOINT STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S OPENING BRIEF<br><br>(ECF NO. 19) |

The parties filed a stipulation in this matter on December 19, 2019, to extend the deadline for Defendant to file a response to Plaintiff's Motion for Summary Judgment from December 19, 2019 until January 31, 2020. (ECF No. 19.) The Court has reviewed the stipulation and finds good cause to approve same. Therefore, IT IS ORDERED that Defendant's response to Plaintiff's motion for summary judgment shall be due on or before January 31, 2020. All other deadlines in the Court's Scheduling Order (ECF No. 5) shall be extended accordingly.

IT IS SO ORDERED.

　　Dated:　**December 20, 2019**　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1