MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
TINA L. NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| ANABEL KHACHI,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>Defendant. | Case No.: 1:19-cv-00257-EPG<br><br>**JOINT STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S OPENING BRIEF AND ORDER** |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended from January 31, 2020 to **March 20, 2020**. This is Defendant's second request for extension. Good cause exists to grant Defendant's request for extension.

Since the date of the last extension request, Counsel for Defendant (Counsel) sprained her wrist and upper arm in early January following moving residences. As a result, Counsel was out on medical leave for her wrist injury from January 5, 2020 to January 10, 2020 with no ability to use her left hand. Counsel has been instructed by her doctors to rest her left (dominant) hand until further evaluation, as Counsel is still experiencing significant pain with ongoing and

JS for Extension of Time and PO,                                    Case No. 1:19-cv-00257-EPG

1

repeated typing/computer use. At this time, Counsel has been informed that she may need surgery, but is awaiting further evaluation by a specialist. In addition, Counsel also has over 100+ active social security matters, which require two more dispositive motions until mid-March, and a pending Ninth Circuit matter that requires multiple levels of review. Due to unanticipated leave and heavy caseload, Counsel needs additional time to adequately review the transcript and properly respond to Plaintiff's Motion for Summary Judgment.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly. Defendant makes this request in good faith with no intention to unduly delay the proceedings. Counsel apologizes for the belated request, but made her request as soon as reasonably practicable, as Counsel has been out of the office.

Dated: January 31, 2020

Respectfully submitted,
/s/ *Shellie Lott*
(*as authorized by email on January 31, 2020
SHELLIE LOTT
Attorney for Plaintiff

Dated: January 31, 2020

MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By /s/ *Tina L. Naicker*
TINA L. NAICKER
Special Assistant U.S. Attorney
Attorneys for Defendant

JS for Extension of Time and PO, Case No. 1:19-cv-00257-EPG

2

# **ORDER**

The Court has reviewed the proposed stipulation and finds good cause to approve same. IT IS ORDERED that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended from January 31, 2020 to **March 20, 2020.** All other deadlines in the Court's scheduling order (ECF No. 5) shall be extended accordingly.

IT IS SO ORDERED.

Dated: **February 4, 2020**  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE