MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
TINA L. NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| ANABEL KHACHI,<br><br>    Plaintiff,<br><br>  vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:19-cv-00257-EPG<br><br>**JOINT STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S OPENING BRIEF AND ORDER** |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended from March 20, 2019 to **April 20, 2020**. This is Defendant's third request for extension. Good cause exists to grant Defendant's request for extension.

As the Court is aware, Counsel for Defendant (Counsel) had a wrist injury in early January. Since that time, she has been evaluated by a specialist for a possible ligament tear and has been restricted to typing four hours a day for the next six weeks. See Ex. A. In addition, Counsel also has over 100+ active social security matters, which require two more dispositive motions until mid-April. Due to unanticipated leave and heavy caseload, Counsel needs

additional time to adequately review the transcript and properly respond to Plaintiff's Motion for Summary Judgment.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly. Defendant makes this request in good faith with no intention to unduly delay the proceedings. Counsel apologizes for the belated request, but made her request as soon as reasonably practicable, as Counsel has been out of the office.

Dated: March 19, 2020

Respectfully submitted,
/s/ *Shellie Lott*
(*as authorized by email on March 18, 2020
SHELLIE LOTT
Attorney for Plaintiff

Dated: March 19, 2020

MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By  /s/ *Tina L. Naicker*
TINA L. NAICKER
Special Assistant U.S. Attorney
Attorneys for Defendant

## **ORDER**

Pursuant to the stipulation of the parties (ECF No. 23), and good cause shown, the Court approves the stipulated extension of time but warns counsel that no further extensions of time will be granted. IT IS ORDERED that the deadline for Defendant to file a response brief is extended to **April 20, 2020**. All subsequent deadlines are extended accordingly.

IT IS SO ORDERED.

Dated: **March 20, 2020**              /s/ *Erica P. Grosjean*
                                                   UNITED STATES MAGISTRATE JUDGE

JS for Extension of Time and PO,                    Case No. 1:19-cv-00257-EPG