UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANABEL KHACHI,<br><br>            Plaintiff,<br><br>     v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>            Defendant. | Case No.  1:19-cv-00257-EPG<br><br>**ORDER TO SHOW CAUSE FOR FAILURE TO APPEAR** |

On May 1, 2020, the Court issued a minute order setting the telephonic hearing on Plaintiff's Social Security Appeal for May 21, 2020, at 2:00 p.m. (ECF No. 27.) On May 21, 2020, at 2:00 p.m., counsel for Plaintiff appeared telephonically. However, counsel for Defendant failed to appear.

Accordingly, Counsel for Defendant is ORDERED TO SHOW CAUSE why this Court should not impose sanctions for failure to appear at the May 21, 2020 hearing. Counsel shall respond to this Order to Show Cause, in writing, no later than **June 22, 2020**. Failure to respond to this Order to Show Cause may result in the imposition of sanctions.

IT IS SO ORDERED.

Dated:   **May 22, 2020**                                   /s/ Erica P. Grosjean
                                                                        UNITED STATES MAGISTRATE JUDGE

1