**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO BRANCH**

| | |
|---|---|
| ANABEL KHACHI,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Acting Commissioner of Social Security,<br><br>　　　　　Defendant | Case No.: 1:19-cv-00257-EPG<br><br>**ORDER FOR THE AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)**<br><br>**(ECF No. 37)** |

　　　Pursuant to the stipulation of the parties (ECF No. 37), IT IS HEREBY ORDERED that attorney fees under EAJA, in the amount of THREE-THOUSAND NINE-HUNDRED SEVENTY-FIVE dollars ($3,975.00), are awarded to Plaintiff, subject to the terms of the stipulation.

IT IS SO ORDERED.

　　　Dated: __**September 24, 2020**__　　　　　　/s/ _Erica P. Grosjean_
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE